IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RICHARD D. MORGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:12CV1326 |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On February 12, 2015, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections (Doc. 20) within the time limit prescribed by Section 636. The Court has reviewed Plaintiff's objections *de novo* and finds that they do not change the substance of the United States Magistrate Judge's Recommendation (Doc. 17), which is hereby affirmed and adopted.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Judgment on the Pleadings (Doc. 11) is DENIED, the Commissioner's Motion for Judgment on the Pleadings (Doc. 14) is GRANTED, and that this action is DISMISSED.

This, the 31st day of March, 2015.

  /s/ Loretta C. Biggs
United States District Judge